**N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | $235000.00 | $149000.00 | $86000.00 | $30000.00 | $56000.00 |
| VEHICLES | $57000.00 | $56000.00 | $1000.00 | $1000.00 | $0 |
| HHG/PERSONAL EFFECTS | $45500.00 | $ n/a | $45500.00 | $45500.00 | $0 |
| JEWELRY | $0 | $0 | $0 | $0 | $0 |
| CASH/BANK ACCOUNTS | $0 | $0 | $0 | $0 | $0 |
| OTHER N/A | $ | $ | $ | $ | $ |

Amount available upon liquidation ............................................................. $ 56000.00

Less administrative expenses and costs ..................................................... $ 2000.00

Less priority claims ..................................................................................... $ 0

Amount Available in Chapter 7 ................................................................... $ 54000.00

Attorney for Debtor (P 41123)

Address: 30300 Northwestern Hwy, 111

City, State, Zip: Farmington Hills, MI 48334

Phone Number: 248-932-0100

Debtor

Joint Debtor

Date: 9-21-09

*Model Plan Version 2.0 - 05/01*

5

# WORKSHEET

1. Length of Plan is _____ weeks; _____ months; 5 years.

   Debtor #1:

2. $ 700.00 per pay period x 120 pay periods per Plan = $ 84000.00 total per Plan

   Debtor #2:

   $ 700.00 per pay period x 120 pay periods per Plan = $ 84000.00 total per Plan

3. $ 1400.00 per period x 120 periods in Plan =                               168000.00

4. Lump Sums:                                                                 0

5. Equals total to be paid into the Plan                                      168000.00

6. Estimated trustee's fees                 7560.00

7. Attorney fees and costs                  0

8. Total priority claims                    0

9. Total installment mortgage or
   other long-term debt payments            138180.00

10. Total of arrearage
    including interest                      0

11. Total secured claims,
    including interest                      0

        Total of items 6 through 11                                           $ 145740.00

12. Funds available for unsecured creditors (item 5 minus item 11)            $ 22260.00

13. Total unsecured claims (if all file)                                      $ 75506.49

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13) 29.5%

15. Estimated dividend to general unsecured creditors if
    Chapter 7, (see liquidation analysis attached)                            $ 54000.00

COMMENTS: